UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RORY KESSLER,

     Plaintiff,       MEMORANDUM & ORDER
  v.             15-CV-5961(ILG)(RML)

JEWISH BOARD FOR CHILDREN
& FAMILY SERVICES,
     Defendant.
-------------------------------------------------------------x
**GLASSER, Senior United States District Judge:**

  The Court has received a letter from the attorney for the defendant, Jewish Board for Children and Family Services, requesting that the Court decline supplemental jurisdiction and dismiss the plaintiff's claim against his client without prejudice. That letter was swiftly followed by a letter from the plaintiff's attorney, opposing that request.

  Litigation by correspondence is clearly simpler than the time-honored practice would require, and Local Rule 7.1 of the Local Rules of the Southern and Eastern Districts, as well as the Individual Rules of this Court, would preserve. The felt need to resist making some observations of the purposes to be served by obeying those Rules is one of them.

  Overlooking the failure to abide by them, I regard the defendant's letter as a motion and the plaintiff's letter as a response to it, and having considered both conclude that retaining supplemental jurisdiction in the quintessential state claim that remains is not warranted, 28 U.S.C. § § 1367(c)(2),(3), and the defendant's motion is hereby granted. <u>Dunton v. Cty. of Suffolk</u>, 729 F.2d 903, 910-11 (2d. Cir. 1984).

  SO ORDERED.

Dated:  Brooklyn, New York
     March 24, 2017       _/s/_____
                  I. Leo Glasser